1  **GREGORY T. MURPHY**
California State Bar No. 245505
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  gregory_murphyl@fd.org

5  Attorneys for Mr. Ramirez-Gonzales

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   Case No. 07mj2826
                                     )
12          Plaintiff,                )
                                     )
13  v.                                )
                                     )   **NOTICE OF APPEARANCE**
14  JOSE ARMANDO RAMIREZ-GONZALES,   )
                                     )
15          Defendant.                )
                                     )
16  

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  Greogry Murphy and Bridget L. Kennedy, Federal Defenders of San Diego, Inc., files this Notice of

19  Appearance as attorneys in the above-captioned case.

20                                              Respectfully submitted,

21  Dated: December 11, 2007                    *s/ Gregory Murphy*
                                                Federal Defenders of San Diego, Inc.
22                                              Attorneys for Defendant
                                                gregory_murphy_@fd.org
23

24

25

26

27

28