**GREGORY T. MURPHY**
California State Bar No. 245505
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
gregory_murphy@fd.org

Attorneys for Mr. Ramirez-Gonzales

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07mj2826 |
| Plaintiff, | |
| v. | PROOF OF SERVICE |
| **JOSE ARMANDO RAMIREZ-GONZALES**, | |
| Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney's**
efile.dkt.gc1@usdoj.gov

Dated: December 11, 2007        *s/ Gregory Murphy*
                                **GREGORY MURPHY**
                                Federal Defenders
                                225 Broadway, Suite 900
                                San Diego, CA 92101-5030
                                (619) 234-8467 (tel)
                                (619) 687-2666 (fax)
                                e-mail: gregory_murphy@fd.org