**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Ramirez-Gonzales

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                      )<br>            Plaintiff,                         )<br>                                                      )<br>v.                                                  )<br>                                                      )<br>**JOSE ARMANDO RAMIREZ-GONZALES**, )<br>                                                      )<br>            Defendant.                      )<br>_____) | Case No. 08CR0038-LAB<br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Bridget L. Kennedy, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: January 16, 2008         /s/ Bridget Kennedy
                                                Federal Defenders of San Diego, Inc.
                                                *bridget_kennedy@fd.org*